## Commonwealth *v.* Petrancosta, Appellant.

Argued November 16, 1966. *John Woodward Camp-*

bell, Jr., for appellant; *John Fuller*, Assistant District Attorney, with him *Vincent J. Pepicelli*, District Attorney, for Commonwealth, appellee.

Judgment of sentence affirmed.